UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RCN TELECOM SERVICES, LLC; RCN TELECOM SERVICES OF NEW YORK, L.P.; RCN CAPITAL CORP.; RCN TELECOM SERVICES OF PHILADELPHIA, LLC; RCN TELECOM SERVICES OF MASSACHUSETTS, LLC; STARPOWER COMMUNICATIONS, LLC; RCN MANAGEMENT CORPORATION; RCN ISP, LLC; RCN DIGITAL SERVICES, LLC; RCN NY LLC 1; RCN TELECOM SERVICES (LEHIGH), LLC; RCN TELECOM SERVICES OF ILLINOIS, LLC; 21ST CENTURY TELECOM SERVICES, INC; and RCN CABLE TV OF CHICAGO, INC., <br><br> *Plaintiffs*, <br><br> - against – <br><br> BMG Rights Management (US) LLC, <br><br> *Defendant*. | Civil Action No. 16-cv-4417-PKC <br><br> **NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, Declaration of Michael J. Allan, and all prior pleadings and proceedings herein, Defendant BMG Rights Management (US) LLC by and through its counsel, will move this Court before the Honorable P. Kevin Castel, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and time to be set by the Court for an order, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure and applicable case law, dismissing the First Amended Complaint of Plaintiff RCN Telecom Services, LLC *et al.* with prejudice, together with such other and further relief as this Court deems just and proper.

Pursuant to the Court's Order dated January 6, 2017 [Docket No. 60], Plaintiffs' response shall be due on or before February 23, 2017 and Defendant's reply submission, if any, shall by due on or before March 9, 2017.

| | |
|---|---|
| Dated: New York, New York<br>January 23, 2017 | By:  /s/ Michael J. Allan<br>Michael J. Allan<br>Jeffrey M. Theodore<br>(admitted *pro hac vice*)<br>1330 Connecticut Avenue, NW<br>Washington, D.C. 20036<br>Tel: (202) 429-3000<br>E-mail: mallan@steptoe.com<br>E-mail: jtheodore@steptoe.com<br><br>Evan Glassman<br>1114 Avenue of the Americas<br>New York, New York 10036<br>Tel: (212) 506-3900<br>E-mail: eglassman@steptoe.com<br><br>*Attorneys for Defendant* |

To:  ARMSTRONG TEASDALE LLP        SEYFARTH SHAW LLP
Attn:  Richard L. Brophy                          Attn:   Edward F. Maluf
      David W. Braswell                                    620 Eighth Avenues
      Zachary C. Howenstein                            New York, New York 10018-1405
      Margaret R. Szewczyk                              Tel: (212) 218-5500
      7700 Forsyth Blvd., Suite 1800                 Fax: (212) 218-5526
      St. Louis, Missouri 63105                          Email: emaluf@seyfarth.com
      Tel: (341) 641-5070
Email: rbrophy@armstrongteasdale.com
Email: dbraswell@armstrongteasdale.com
Email: zhowenstine@armstrongteasdale.com
Email: mszewczyk@armstrongteasdale.com
      Charles W. Steese
      6400 South Fiddlers Green Circle
      Suite 1820
      Denver, Colorado 80111
      Tel: (720) 200-0676
Email: csteese@armstrongteasdale.com